United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 15 |
| SIU-FUNG CERAMICS HOLDINGS LIMITED | § § | |
| (HCCW no. 279 of 1999); | § | Case 24-33299 |
| | § | |
| SIU-FUNG CERAMICS CONCEPT COMPANY LIMITED | § § | |
| (HCCW no. 280 of 1999) | § | |
| | § | |
| NHD SYSTEMS (HOLDINGS) LIMITED | § | |
| (HCCW no. 277 of 1999) | § | |
| | § | |
| NHD SYSTEMS (ASIA) LIMITED | § | |
| (HCCW no. 278 of 1999) | § | |
| | § | |
| SIU FUNG CONCEPT LIMITED | § | |
| (HCCW n. 510 of 2000) ; | § | |
| | § | |
| LEE SIU FUNG, SIEGFRIED | § | |
| (HCB n. 345 of 2001) | § | |
| | § | |
| LEE SIU FUNG, SIEGFRIED | § | |
| (HCB n. 454 of 2023) | § | |

## FINAL ORDER DENYING RECOGNITION

CAME FOR CONSIDERATION the Petition for Recognition of Foreign Proceeding and all supplements and amendments (the "Petition"). The Court conducted a trial, and having considered the evidence, testimony, arguments of counsel, and applicable law, issued its Memorandum Opinion Denying Verified Petition for Recognition, ECF 175, on February 10, 2026, whose findings and conclusions are incorporated herein by reference.

In accordance with the findings and conclusions, it is hereby **ORDERED** as follows:

1. The Petition of the Foreign Representatives for Recognition of the Foreign Proceedings as either a foreign main proceeding or a foreign non-main proceeding under 11 U.S.C. §§ 1515 and 1517 is **DENIED**.

2. All other relief requested in the Petition or in any related filing is **DENIED**.

3. This Order is a Final Judgment.

Signed: March 02, 2026

*Alfredo R Pérez*
Alfredo R Pérez
United States Bankruptcy Judge